United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACOB JONES | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-22-1296 |
| | § | |
| WORLDWIDE OILFIELD MACHINE, INC. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next sixty days.

SIGNED at Houston, Texas, this 29th day of March 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE